**Entered on Docket**
**January 05, 2011**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: GABRIEL ORTIZ<br><br>Debtor(s) | BK 06-11615-lbr<br>Ch 7<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore, it is hereby

ORDERED that the amount of $3,651.67 constituting an unclaimed dividend is declared due to WMC Mortgage Corp. c/o Dilks & Knopik.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of

WMC Mortgage Corp
c/o Dilks & Knopik
PO Box 2728
Issaquah, WA 98027

###